**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA ANN LOWMAN, | 3:16-cv-00055-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a motion for reversal and/or remand of the defendant's denial of her claim for social security disability benefits (ECF No. 15). The defendant has filed a cross-motion to affirm (ECF No. 20). On January 9, 2017, the magistrate judge issued his report and recommendation recommending that the court grant the plaintiff's motion and deny the defendant's cross-motion, and remand for further proceedings consistent with the report and recommendation (ECF No. 23). No objections to the report and recommendation have been filed, and the time for doing so has expired.

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review

1

and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate Judge (ECF No. 23).

Accordingly, the plaintiff's motion for remand (ECF No. 15) is GRANTED, and the defendant's cross-motion to affirm (ECF No. 20) is DENIED.  This matter is hereby remanded to the administrative law judge for further proceedings consistent with the report and recommendation.

IT IS SO ORDERED.

DATED: This 8th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE