# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Linda Ann Lowman,<br><br>    Plaintiff<br><br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>    Defendant | Case No. 3:16-cv-55-HDM-WGC<br><br>**Order Accepting and Adopting the Report and Recommendation** |

On March 21, 2018, Judge Cobb issued a Report and Recommendation. He recommends that this Court grant Lowman's motion for attorney's fees, award $14,000 in attorney's fees under 42 U.S.C. § 406(b), and order Lowman's counsel to reimburse Lowman $6,442.35 under the Equal Access to Justice Act. The time to object to the Report and Recommendation has expired. The parties have filed no objections.

This Court accepts and adopts the Report and Recommendation. Local Rule IB 3-2(b). Thus, Lowman's motion for attorney's fees is granted, $14,000 in attorney's fees is awarded, and Lowman's counsel must reimburse Lowman $6,442.35.

IT IS SO ORDERED.

Dated: April 16, 2019

                                                      Howard D. McKibben
                                                    Senior U.S. District Judge